**Ronald HAMMOND, Petitioner–Appellant,**

v.

**J.R. HUNT, Jr., Respondent–Appellee.**

No. 01–7685.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2002.

Decided Feb. 4, 2002.

Ronald Hammond, pro se. Diane Appleton Reeves, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ronald Hammond seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Hammond v. Hunt,* No. CA–00–761–5–BO (E.D.N.C. filed Sept. 18, 2001; entered Sept. 19, 2001). We also deny Hammond's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*